IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF SAN JUAN,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP., et al.,<br><br>Defendants. | Case No. 3:23-cv-1608-ADC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ARCH RESOURCES, INC. AND PEABODY ENERGY CORPORATION**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff provides notice and voluntarily dismisses Defendants Arch Resources, Inc. f/k/a Arch Coal, Inc. ("Arch")[1] and Peabody Energy Corporation ("Peabody")[2] from this action. Plaintiff further states:

1. Neither Arch nor Peabody have been served with the Complaint or filed an answer, other responsive pleading, or motion for summary judgment.

2. Plaintiff dismiss all claims against Arch and Peabody without prejudice.

In San Juan, Puerto Rico, this 8th day of February, 2024.

Respectfully submitted,

*s/David Efron*
Attorney for Plaintiff
221 Plaza
221 Ponce de Leon Ave. 6th Floor
San Juan, PR 00917
Tel. (787) 753-6455
efron@davidefronlaw.com

---

[1] Arch is identified on the docket as "Arch Resources Incorporated" *"formerly known as* Arch Coal Company."

[2] Peabody is identified on the docket as "Peabody Energy Incorporated."