# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF SAN JUAN PUERTO RICO,**<br>    **Plaintiff**<br><br>v.<br><br>**EXXON MOBIL CORP., et al.,**<br>    **Defendant** | **Civil No. 23-1608 (ADC)** |

## PARTIAL JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on February 21, 2024 at docket 8.

Therefore, pursuant to the Court's Order, Partial Judgment is hereby entered dismissing this case without prejudice as to defendants Arch Resources Incorporated and Peabody Energy Incorporated.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 21st day of February, 2024.

ADA I. GARCIA-RIVERA, CPA, ESQ.
Clerk of the Court

By: *S/Diana Villavicencio*
    Diana Villavicencio, Deputy Clerk