UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF SAN JUAN<br><br>    Plaintiff,<br><br>            v.<br><br>EXXON MOBIL CORP., et al.,<br><br>    Defendants. | Case No. 3:22-cv-01608-ADC |

**CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE COURT
Hon. Judge Aida M. Delgado-Colón
United States District Judge

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for ConocoPhillips, a private non-governmental party and a publicly traded corporation, certifies that ConocoPhillips does not have a parent corporation and no publicly held corporation owns more than 10% of ConocoPhillips's stock.  In addition, no corporate affiliates or subsidiaries are publicly held.

      Nothing in this statement shall be construed as an admission of any allegations or a waiver of any defenses otherwise available to ConocoPhillips.

      WHEREFORE, ConocoPhillips respectfully requests that this Court take notice of the aforementioned.

RESPECTFULLY SUBMITTED.

In San Patricio, Puerto Rico, this 8th day of April, 2024.

I certify that on this date, I filed this document using the Court's CM/ECF System, which will simultaneously serve notice on all counsel of record to their registered email addresses.

| | |
|---|---|
| CASELLAS ALCOVER & BURGOS PSC<br>PO Box 364924<br>San Juan, PR 00936-4924<br>T. (787) 756-1400<br>F. (787) 756-1401<br>rcasellas@cabprlaw.com<br>hburgos@cabprlaw.com<br><br>/s/ Ricardo F. Casellas<br>USDC-PR Bar No. 203114<br><br>/s/ Heriberto J. Burgos Pérez<br>USDC-PR Bar No. 20721 | Matthew T. Martens (*pro hac vice* forthcoming)<br>Ericka Aiken (*pro hac vice* forthcoming)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: matthew.martens@wilmerhale.com<br>Email: ericka.aiken@wilmerhale.com<br><br>Hallie B. Levin (*pro hac vice* forthcoming)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 295-6710<br>Facsimile: (212) 230-8888<br>Email: hallie.levin@wilmerhale.com<br><br>Robert Kingsley Smith (*pro hac vice* forthcoming)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br>Email: robert.smith@wilmerhale.com<br><br>*Counsel for ConocoPhillips* |