### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF SAN JUAN,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP., et al.,<br><br>Defendants. | Case No. 23-cv-01608-ADC |

### MOTION IN COMPLIANCE WITH ORDER OF THE COURT
### AT DOCKET ENTRY 64 PURSUANT TO FRCP 42(A)

**TO THE HONORABLE COURT:**

Plaintiff Municipality of San Juan, through its undersigned counsel, respectfully states and prays as follows:

1. On May 29, 2024 the Honorable Court issued an order (Docket 64) indicating its inclination to have parties express their positions to the order. Plaintiff hereby appears and complies with the same by agreeing with the Court.

2. The Court correctly understands that this action involves the same factual and legal questions as those in Municipality of Bayamón, et al., v. Exxon Mobil Corp. et al., civil case number 22-1550 (SCC-HRV). From the filing of this case, we listed that one as a related case precisely because of those reasons.

3. FRCP 42(a) orders consolidation of actions in cases involving common questions of law or fact, as are present here. A consolidation of these cases would assure uniformity between the ongoing rulings and procedures, and would avoid this Court

1

unnecessarily wasting resources in managing the same case already being attended to in the other case by another judge.

4.  On the other hand, we are confident that this case would not be much of an additional burden on Judge Carreño, as her orders in both cases would be mirrored due to the identity of issues presented.

**WHEREFORE,** Plaintiff Municipality of San Juan respectfully requests this Honorable Court that it enter an order consolidating both cases pursuant to Rule 42(a) in the best interest of judicial and procedural efficiency.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, this 30th day of May, 2024.

Respectfully submitted,

*s/ David Efron*
**DAVID EFRON**
USDC-PR No. 125701
**LAW OFFICES DAVID EFRON, PC**
Attorneys for Plaintiff
221 Plaza - 6th Floor
221 Ponce de Leon Avenue
San Juan, PR 00917
Tel. (787) 753-6455
efron@davidefronlaw.com