IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF SAN JUAN PUERTO RICO**,<br><br>*Plaintiff,*<br><br>v.<br><br>**EXXON MOBIL CORP. et al.**,<br><br>*Defendants.* | Case No. 3:23-cv-01608-ADC |

**MOTION FOR JOINDER
FOR RELIEF REQUESTED TO STRIKE
RICO STATEMENT IN DOCKET NO. 77**

**TO THE HONORABLE COURT:**

**NOW APPEARS** Defendant, Occidental Petroleum Corporation ("OPC"), through its undersigned counsel, and respectfully requests and states as follows:

On June 25, 2024 , Plaintiff Municipality of San Juan filed a RICO statement at Docket No. 76.  This case was filed on December 13, 2023.  As critical as RICO statements are to a Court's and an opposing counsel's appreciation of the allegations, timely filing of a RICO statement is paramount.  Plaintiffs has profferred no excusable neglect for this belated filing. Consequently, it should be struck from the record as tardy.

For this reason, OPC joins the Motion filed at Docket No. 77 insofar as that motion argues the RICO statement should be struck as untimely.

**WHEREFORE**, it is respectfully requested that this Honorable Court **NOTE** OPC's joinder to the relief requested in the submission filed by certain Defendants at Docket No. 77 with respect to striking Plaintiff's RICO statement from the record of this case and **GRANT** the request to strike it from the record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 16th day of July 2024.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date, the preceding motion was filed with the Court's CM/ECF system, which will notify the counselors of record.

By: *s/ David Indiano*
David Indiano
USDC-PR Bar No. 200601

INDIANO & WILLIAMS, P.S.C.
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912

Duke K. McCall, III (*pro hac vice forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington D.C., 20004

*Attorneys for Defendant OCCIDENTAL PETROLEUM CORPORATION*

2