IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE MUNICIPALITY OF SAN JUAN<br><br>  Plaintiff<br><br>v.<br><br>EXXON MOBIL CORP. et al.,<br><br>  Defendants | CIVIL NO.: 23-cv-01608-ADC |

## INFORMATIVE MOTION AND MOTION AGREEING TO DEFENDANT'S EXTENSION OF TIME

**TO THE HONORABLE COURT**:

Plaintiff Municipality of San Juan, through its undersigned counsel, very respectfully states and prays as follows:

1. Plaintiff's counsel received an E-Mail communication from Defendant's BHP international counsel requesting 60 days extension to respond.

2. We have now responded to BHP's international counsel as well as its local counsel indicating we do not oppose the request for extension of time.

3. Plaintiff files this informative motion with the Honorable Court to advise that it has responded to defendant's BHP counsel and that it does not oppose their request for an extension of time.

**WHEREFORE**, Plaintiff Municipality of San Juan requests that this Honorable Court take notice of what is herein informed.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, this 26th day of August, 2024.

Respectfully submitted,

*s/ David Efron*
**DAVID EFRON**
USDC-PR No. 125701
**LAW OFFICES DAVID EFRON, PC**
*Attorneys for Plaintiff*
221 Plaza 6th Floor
221 Ponce de Leon Ave.
San Juan, Puerto Rico 00917
Telephone: (787) 753-6455
Facsimile: (787) 758-5515
efron@davidefronlaw.com