IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE MUNICIPALITY OF SAN JUAN<br><br>    Plaintiff<br><br>v.<br><br>EXXON MOBIL CORP. et al.,<br><br>    Defendants | CIVIL NO.: 23-cv-01608-ADC |

### INFORMATIVE MOTION REGARDING PLAINTIFF'S MOTION TO CONSOLIDATE CASES PURSUANT TO RULE 42(a)(2)

**TO THE HONORABLE COURT:**

Plaintiff Municipality of San Juan, through its undersigned counsel, very respectfully states and prays as follows:

1. Plaintiff filed on August 13, 2024 at Docket 286 "Motion to Consolidate Cases" in the older, original case, that of the related case of Municipality of Bayamón, et als., Civil Number 22–1550 SCC, and following the spirit of Your Honor's order of May 29, 2024, Docket 64 in the present case. See Exhibit I.

2. This was filed because under rule 42 (a)(2), a request for consolidation must be filed in the older, original case (which we had listed upon filing as a related case in our civil cover sheet), and which should be consolidated for the following reasons, succinctly put:

    a. The two cases involve common questions of law and liability.

    b. The two cases involve common questions of fact.

    c. Judicial convenience and economy by not wasting judicial resources by having two judges rule of the same issues and eventually try two separate cases.

      d. Avoid contradictory rulings.

      e. The dispositive motions, all still pending in both cases are almost identical.

      f. Neither case has begun its discovery phase.

3. Your honor had already, in its order of May 29, 2024 at Docket 64, expressed her opinion that consolidation of the two cases is proper, and continued to state the advantage of scheduling uniformity by having only one case.

**WHEREFORE**, Plaintiff Municipality of San Juan respectfully requests of this Honorable Court that it take notice of our filing in the companion case, copy of which is included herein as Exhibit I.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, this 29th day of August, 2024.

Respectfully submitted,

*s/ David Efron*
**DAVID EFRON**
USDC-PR No. 125701
**LAW OFFICES DAVID EFRON, PC**
*Attorneys for Plaintiff*
221 Plaza 6th Floor
221 Ponce de León Ave.
San Juan, Puerto Rico 00917
Telephone: (787) 753-6455
Facsimile: (787) 758-5515
efron@davidefronlaw.com