# EXHIBIT 1

| | |
|---|---|
| **From:** | Dick, Joshua D. <JDick@gibsondunn.com> |
| **Sent:** | Monday, January 8, 2024 2:28 PM |
| **To:** | efron@davidefronlaw.com |
| **Subject:** | RE: San Juan Climate Case |

Hi David:

I am following up on my email below. Can you please let me know if you have time early this week to discuss a briefing schedule for Defendants' motions to dismiss.

Best,
Josh

**Joshua D. Dick**
Partner

T: +1 415.393.8331 | M: +1 310.497.1699
JDick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

**From:** Dick, Joshua D.
**Sent:** Thursday, January 4, 2024 8:55 AM
**To:** efron@davidefronlaw.com
**Subject:** San Juan Climate Case

Hi David,

I am following up on a voice message I left earlier today. I represent Chevron in the climate change cases and have acted as liaison counsel for Defendants on various issues. I would like to discuss the lawsuit you recently filed on behalf of San Juan and, in particular, whether the parties can negotiate and agree upon a reasonable schedule to brief Defendants' forthcoming motions to dismiss. Please let me know when would be a convenient time to discuss these issues.

Best,
Josh

**Joshua D. Dick**
Partner

T: +1 415.393.8331 | M: +1 310.497.1699
JDick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715