UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF SAN JUAN PUERTO RICO**,<br><br>*Plaintiff,*<br><br>v.<br><br>**EXXON MOBIL CORP. et al.**,<br><br>*Defendants.* | Case No. 3:23-cv-01608-ADC |

### CORPORATE DISCLOSURE STATEMENT OF RIO TINTO PLC

**TO THE HONORABLE COURT:**

COMES NOW defendant Rio Tinto plc and, pursuant to Fed. R. Civ. P. 7.1 and L. Civ. R. 7.1, states that it operates under a dual-listed company structure and has no parent corporations. Shining Prospect Pte. Ltd, a subsidiary of Aluminum Corporation of China, owns more than 10% of Rio Tinto plc's stock.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date, the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of January, 2025.

Roberto A. Cámara-Fuertes
By: */s/ Roberto A. Cámara-Fuertes*
USDC-PR Bar No. 219002
Jaime A. Torrens-Dávila
USDC-PR Bar No. 223810
Mónica Ramos Benítez
USDC-PR Bar No. 308405

-/0

FERRAIUOLI LLC
PO Box 195168
San Juan, Puerto Rico 00919-5168
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
E-mail: rcamara@ferraiuoli.com


Linda H. Martin (*pro hac vice* forthcoming)
David Y. Livshiz (*pro hac vice* forthcoming)
Noelle L. Williams (*pro hac vice* forthcoming)
Jennifer E. King (*pro hac vice* forthcoming)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich St., 51st Floor
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
E-mail: linda.martin@freshfields.com
E-mail: david.livshiz@freshfields.com
E-mail: noelle.williams@freshfields.com
E-mail: jennifer.king@freshfields.com

Jennifer Loeb (*pro hac vice* forthcoming)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: jennifer.loeb@freshfields.com

*Attorneys for Defendant Rio Tinto plc*