### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF SAN JUAN PUERTO RICO**, <br><br> *Plaintiff,* <br><br> v. <br><br> **EXXON MOBIL CORP. et al.**, <br><br> *Defendants.* | Case No. 3:23-cv-01608-ADC |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLIES IN EXCESS OF PAGE LIMIT AND FOR AN EXTENSION OF TIME

TO THE HONORABLE COURT:

COME NOW Defendants, through their respective counsel, and respectfully state and pray as follows:

1. By Order entered on April 3, 2025 (Dkt. No. 163), this Honorable Court struck from the record the omnibus oppositions filed by Plaintiff (Dkt. Nos. 137 and 139) to the Motions to Dismiss filed by Defendants BHP Group Limited, BP p.l.c., and Shell plc (collectively, the "Foreign Defendants") (Dkt. Nos. 119, 120, 121, 122, 123) and ordered Plaintiff to file separate responses to said Motions by April 21, 2025. (Dkt. No. 163.) It further granted the Foreign Defendants and Rio Tinto plc leave to file Replies in support of their Motions to Dismiss by May 5, 2025. (*Id.*)

2. By Order entered on April 10, 2025 (Dkt. No. 172), this Honorable Court granted Occidental Petroleum Corporation, Exxon Mobil Corp., Chevron Corp., ConocoPhillips, and Motiva Enterprises LLC (collectively, the "Domestic Defendants") until April 30, 2025 to file Replies to the omnibus Oppositions to their Motions to Dismiss. The Order further stated: "The

Court encourages the defendants to economize resources and file jointly, if feasible. Any reply shall not exceed ten pages in length without prior leave of Court." (*Id.*)

3. In compliance with the Court's directive that defendants "economize resources and file jointly, if feasible" (*id.*), Defendants, collectively, hereby respectfully request leave to file a single Joint Reply in support of their respective Joint Motions to Dismiss for Lack of Jurisdiction (Dkt. Nos. 31, 119), a single Joint Reply in support of their respective Joint Motions to Dismiss for Failure to State a Claim (Dkt. Nos. 34, 119), and a single Joint Reply in support of the Joint Motion for Judicial Notice (Dkt. Nos. 35, 119). The Foreign Defendants and Rio Tinto subsequently joined and incorporated by reference the Domestic Defendants' Joint Motions, so the arguments will be more efficiently addressed together. (*See* Dkt. No. 119 (Foreign Defendants adopting Dkt. Nos. 31, 34, and 35); Dkt. Nos. 148–49 (Rio Tinto adopting Dkt. Nos. 31, 34, 119).)

4. To accommodate these joint filings, Defendants respectfully request leave to file the Joint Replies in excess of the page limits, allowing them 15 pages for the Joint Reply in support of the Motions to Dismiss for Lack of Jurisdiction, 35 pages for the Joint Reply in support of the Motions to Dismiss for Failure to State a Claim, and 10 pages for the Joint Reply in support of the Motion for Judicial Notice.

5. To the extent these Joint Replies do not address arguments made by a Defendant in its individual Motion to Dismiss (Dkt. Nos. 28, 30, 32, 35-37, 39, 120, 121, 122, 123, 148, 149), Defendants would file individual Replies in compliance with the 10-page limit set forth in Local Civil Rule 7(c), as already contemplated by the Court (Dkt. Nos. 163, 172).

6. Defendants further respectfully request an extension of time, until May 12, 2025, to file their individual and Joint Replies.

7. As noted in paragraph 1, the Court ordered Plaintiff to file separate oppositions to the Foreign Defendants' Motions to Dismiss by Monday, April 21, 2025. (Dkt. No. 163.) The

Domestic Defendants moved to strike Plaintiff's omnibus Oppositions (Dkt. Nos. 72-73) to the Domestic Defendants' Motions to Dismiss. The Domestic Defendants respectfully suggest that requiring Plaintiff to also file separate Oppositions to the Domestic Defendants' individual and joint Motions to Dismiss will permit more focused arguments and responses to Plaintiff's opposition, easing the burden on the Court. If the Court agrees and is inclined to require Plaintiff to file separate responses to the Domestic Defendants' Motions to Dismiss, Defendants respectfully propose that the deadline for Plaintiff to file such separate responses be moved from April 21, 2025 to April 28, 2025.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order granting the Defendants leave to file a single Joint Reply in support of their Motions to Dismiss for Failure to State a Claim not exceeding 35 pages, a single Joint Reply in support of their Motions to Dismiss for Lack of Jurisdiction not exceeding 15 pages, a single Joint Reply in support of their Motion for Judicial Notice not exceeding 10 pages, and, to the extent needed, individual Replies in support of their respective individual Motions to Dismiss not exceeding 10 pages, by May 12, 2025.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of April 2025.

By: *Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
**MCCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, PR 00936-4225
Telephone: 787-250-2631
Email: rcq@mcvpr.com
Email: ezm@mcvpr.com
Email: mpc@mcvpr.com

3

Theodore J. Boutrous, Jr. (*pro hac vice*)
William E. Thomson (*pro hac vice*)
Joshua D. Dick (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: wthomson@gibsondunn.com
Email: jdick@gibsondunn.com

Thomas G. Hungar (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 887-3784
Email: thungar@gibsondunn.com

Neal S. Manne (*pro hac vice* forthcoming)
Erica Harris (*pro hac vice* forthcoming)
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666
Email: nmanne@susmangodfrey.com
Email: eharris@susmangodfrey.com

*Attorneys for Defendant CHEVRON CORPORATION*


By: *s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR Bar No. 118409
*s/ María D. Trelles Hernández*
María D. Trelles Hernández
USDC-PR Bar No. 225106
**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com

    Theodore V. Wells, Jr. (*pro hac vice*)
    Daniel J. Toal (*pro hac vice*)
    Yahonnes Cleary (*pro hac vice*)
    Caitlin E. Grusauskas (*pro hac vice*)
    **PAUL, WEISS, RIFKIND,**
      **WHARTON & GARRISON LLP**
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990
    Email: twells@paulweiss.com
    Email: dtoal@paulweiss.com
    Email: ycleary@paulweiss.com
    Email: cgrusauskas@paulweiss.com

    *Attorneys for Defendant EXXON MOBIL*
    *CORPORATION*


    By: *s/Kenneth C. Suria*
    Kenneth C. Suria
    USDC-PR Bar No. 213302
    **ESTRELLA, LLC**
    P.O. Box 9023596
    San Juan, Puerto Rico 00902-3596
    Telephone: (787) 977-5050
    Facsimile: (787) 977-5090
    E-mail: kcsuria@estrellallc.com

    Tracie J. Renfroe (*pro hac vice*)
    **KING & SPALDING LLP**
    1100 Louisiana, Suite 4100
    Houston, TX 77002
    Telephone:  (713) 751-3200
    Facsimile:  (713) 751-3290
    E-mail: trenfroe@kslaw.com

    Oliver Thoma (*pro hac vice*)
    **WEST, WEBB, ALLBRITTON &**
      **GENTRY, P.C.**
    1515 Emerald Plaza
    College Station, Texas 77845
    Ph: (979) 694-7000
    Fax: (979) 694-8000
    Email: oliver.thoma@westwebblaw.com

    *Attorneys for Defendant*
    *MOTIVA ENTERPRISES LLC*

By: *s/Heriberto J. Burgos*
Heriberto J. Burgos-Pérez
USDC-PR No. 204809
Ricardo F. Casellas Sánchez
USDC-PR No. 203114
**CASELLAS ALCOVER & BURGOS, P.S.C.**
2 Tabonuco, Suite 400
San Patricio, PR 00968
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
Email: rcasellas@cabprlaw.com

Matthew T. Martens (*pro hac vice*)
Ericka Aiken (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: matthew.martens@wilmerhale.com
Email: ericka.aiken@wilmerhale.com

Hallie B. Levin *(pro hac vice)*
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: hallie.levin@wilmerhale.com

Robert Kingsley Smith (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
 AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Email: robert.smith@wilmerhale.com

*Attorneys for Defendant ConocoPhillips*


By: */s/ Carlos A. Valldejuly*
Carlos A. Valldejuly (USDC No. 209505)

6

        José J. Colón García (USDC No. 308010)
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel.: (787) 764-8181
Fax: (787) 753-8944
carlos.valldejuly@oneillborges.com
jose.colon@oneillborges.com

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
dfrederick@kellogghansen.com
jwebster@kellogghansen.com
dseverson@kellogghansen.com
gknofczynski@kellogghansen.com

*Counsel for Defendant
Shell plc (f/k/a Royal Dutch Shell plc)*


By:*/s/ Carlos A. Rodriguez-Vidal*
Carlos A. Rodriguez-Vidal (USDC No. 201213)
**GOLDMAN ANTONETTI & CÓRDOVA, LLC**
American International Plaza
250 Muñoz Rivera Avenue, Suite 1500
San Juan, Puerto Rico 00918
Tel.: (787) 759-4117
Fax: (787) 767-9333
crodriguez-vidal@gaclaw.com

Victor L. Hou (pro hac vice)
Boaz S. Morag (pro hac vice)
**CLEARY GOTTLIEB STEEN &
 HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Tel.: (212) 225-2000
Fax: (212) 225-3159
vhou@cgsh.com
bmorag@cgsh.com

7

*Counsel for Defendant BHP Group Limited*


By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa (USDC No. 206314)
Luis A. Oliver-Fraticelli (USDC No. 209204)
Sharlene Malavé Vallines (USDC No. 227409)
**ADSUAR MUÑIZ GOYCO SEDA &
  PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
Tel.: (787) 281-1813
Fax: (787) 756-9010
epo@amgprlaw.com
loliver@amgprlaw.com
smalave@amgprlaw.com

Diana E. Reiter (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Tel.: (212) 836-8000
Fax: (212) 836-8689
diana.reiter@arnoldporter.com

John D. Lombardo (*pro hac vice*)
Sean Morris (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel.: (213) 243-4000
Fax: (213) 243-4199
john.lombardo@arnoldporter.com
sean.morris@arnoldporter.com

Jonathan W. Hughes (*pro hac vice*)
**ARNOLD & PORTER KAYE
  SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel.: (415) 471-3156
Fax: (415) 471-3400
jonathan.hughes@arnoldporter.com

*Counsel for Defendant BP p.l.c.*

By: */s/ Roberto A. Cámara-Fuentes*
Roberto A. Cámara-Fuentes
USDC-PR Bar No. 219002
**FERRAIUOLI LLC**
PO Box 195168
San Juan, Puerto Rico 00919-5168
Tel.: (787) 766-7000
Fax: (787) 766-7001
rcamara@ferraiuoli.com

David Y. Livshiz (pro hac vice)
Noelle L. Williams (pro hac vice)
Jennifer E. King (pro hac vice)
**FRESHFIELDS US LLP**
3 World Trade Center
175 Greenwich St., 51st Floor
New York, NY 10007
Tel.: (212) 277-4000
Fax: (212) 277-4001
david.livshiz@freshfields.com
noelle.williams@freshfields.com
jennifer.king@freshfields.com

Jennifer Loeb (pro hac vice)
**FRESHFIELDS US LLP**
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel.: (202) 777-4500
Fax: (202) 777-4555
jennifer.loeb@freshfields.com

*Attorneys for Defendant Rio Tinto plc*


By: *s/ David Indiano*
David Indiano
USDC-PR Bar No. 200601
**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912

Duke K. McCall, III (*pro hac vice forthcoming*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave, NW
Washington D.C., 20004

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*

9

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on the above date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel record who are CM/ECF system participants at their corresponding e-mail addresses.

              By: *s/Roberto C. Quiñones-Rivera*
                 Roberto C. Quiñones-Rivera