IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF SAN JUAN PUERTO RICO**, <br><br> *Plaintiff,* <br><br> v. <br><br> **EXXON MOBIL CORP. et al.**, <br><br> *Defendants.* | Case No. 3:23-cv-01608-ADC |

**DEFENDANTS' URGENT MOTION RENEWING REQUEST FOR LEAVE TO FILE JOINT REPLIES IN EXCESS OF PAGE LIMIT AND FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

COME NOW Defendants Occidental Petroleum Corporation, Exxon Mobil Corp., Chevron Corp., ConocoPhillips, and Motiva Enterprises LLC (collectively, the "Domestic Defendants"); BHP Group Limited, BP p.l.c. and Shell plc (collectively, the "Foreign Defendants"); and Rio Tinto plc (collectively, "Defendants"), through their respective counsel, respectfully state and pray as follows:

1. On April 21, 2025, Defendants filed a *Motion for Leave to File Replies in Excess of Page Limit and for an Extension of Time* (Dkt. No. 179, the "Motion for Leave").

2. In the Motion for Leave, Defendants seek authorization to file, by **May 12, 2025**: (i) a single Joint Reply, not exceeding 35 pages, in support of their Motions to Dismiss for Failure to State a Claim, (ii) a single Joint Reply, not exceeding 15 pages, in support of their Motions to Dismiss for Lack of Jurisdiction, (iii) a single Joint Reply, not exceeding 10 pages, in support of their Motion for Judicial Notice, and (iv) to the extent needed, individual Replies, not exceeding 10 pages each, in support of their respective individual Motions to Dismiss.  *See id*.

3. Defendants respectfully submit that the filing of Joint Replies by all Defendants would ease the burden on the Court and be more efficient than the filing of separate Joint Replies

by the Domestic and Foreign Defendants. To accommodate these joint filings, the Motion for Leave seeks leave to file the Joint Replies in excess of the page limit and an extension until May 12, 2025 to file all Replies.

4. The Motion for Leave remains *sub judice*. Thus, the current deadline for the Domestic Defendants to file their Replies is **April 30, 2025**, Dkt. No. 172, and the current deadline for the Foreign Defendants and Rio Tinto to file their Replies is **May 5, 2025**, Dkt. No. 163.

5. Because of the imminence of these deadlines, Defendants respectfully renew the requests in the Motion for Leave.

6. Defendants respectfully submit that granting said requests would not cause any additional burden on the Court or significantly delay the resolution of the Motions to Dismiss and Motion for Judicial Notice.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order granting them leave to file:

a) a single Joint Reply, not exceeding 35 pages, in support of their Motions to Dismiss for Failure to State a Claim;

b) a single Joint Reply, not exceeding 15 pages, in support of their Motions to Dismiss for Lack of Jurisdiction;

c) a single Joint Reply, not exceeding 10 pages, in support of their Motion for Judicial Notice;

d) to the extent needed, individual Replies, not exceeding 10 pages each, in support of their respective individual Motions to Dismiss; and

e) all Replies by May 12, 2025.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 24th day of April 2025.

By: *Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
MCCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone:  787-250-2631
Facsimile:  787-474-9201
Email: rcq@mcvpr.com
Email: ezm@mcvpr.com
Email: mpc@mcvpr.com

Theodore J. Boutrous, Jr. (*pro hac vice forthcoming*)
William E. Thomson (*pro hac vice forthcoming*)
Joshua D. Dick (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  (213) 229-7000
Email:  tboutrous@gibsondunn.com
Email:  wthomson@gibsondunn.com
Email:  jdick@gibsondunn.com

Thomas G. Hungar (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone:  (202) 887-3784
Email:  thungar@gibsondunn.com

Neal S. Manne (*pro hac vice* forthcoming)
Erica Harris (*pro hac vice* forthcoming)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666

3

Email: nmanne@susmangodfrey.com
Email: eharris@susmangodfrey.com

*Attorneys for Defendant CHEVRON CORPORATION*


By: *s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR Bar No. 118409
María D. Trelles Hernández
USDC-PR Bar No. 225106
María E. Martínez-Casado
USDC-PR Bar No. 305309
PIETRANTONI MÉNDEZ & ÁLVAREZ LLC
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com
Email: mmartinez@pmalaw.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Yahonnes Cleary (*pro hac vice*)
Caitlin E. Grusauskas (*pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*


By: *s/Kenneth C. Suria*
Kenneth C. Suria
USDC-PR Bar No. 213302
ESTRELLA, LLC
P.O. Box 9023596

4

San Juan, Puerto Rico 00902-3596
Telephone: (787) 977-5050
Facsimile: (787) 977-5090
E-mail:  kcsuria@estrellallc.com

Tracie J. Renfroe (*pro hac vice*)
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
E-mail:  trenfroe@kslaw.com
Oliver Thoma (*pro hac vice*)
WEST, WEBB, ALLBRITTON &
   GENTRY, P.C.
1515 Emerald Plaza
College Station, Texas 77845
Ph: (979) 694-7000
Fax: (979) 694-8000
Email: oliver.thoma@westwebblaw.com

*Attorneys for Defendant*
*MOTIVA ENTERPRISES LLC*


By:  *s/Heriberto J. Burgos*
Heriberto J. Burgos-Pérez
USDC-PR No. 204809
Ricardo F. Casellas Sánchez
USDC-PR No. 203114
CASELLAS ALCOVER & BURGOS, P.S.C.
2 Tabonuco, Suite 400
San Patricio, PR 00968
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
Email: rcasellas@cabprlaw.com

Matthew T. Martens (*pro hac vice*)
Ericka Aiken (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: matthew.martens@wilmerhale.com
Email: ericka.aiken@wilmerhale.com

Hallie B. Levin *(pro hac vice)*

5

WILMER CUTLER PICKERING HALE
 AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: hallie.levin@wilmerhale.com

Robert Kingsley Smith (*pro hac vice*)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Email: robert.smith@wilmerhale.com

*Attorneys for Defendant ConocoPhillips*


By: */s/ Carlos A. Valldejuly*
Carlos A. Valldejuly (USDC No. 209505)
José J. Colón García (USDC No. 308010)
O'NEILL & BORGES LLC
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel.: (787) 764-8181
Fax: (787) 753-8944
Email: carlos.valldejuly@oneillborges.com
Email: jose.colon@oneillborges.com

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: jwebster@kellogghansen.com
Email: dseverson@kellogghansen.com
Email: gknofczynski@kellogghansen.com

*Counsel for Defendant
Shell plc (f/k/a Royal Dutch Shell plc)*

By:*/s/ Carlos A. Rodriguez-Vidal*
Carlos A. Rodriguez-Vidal (USDC No. 201213)
GOLDMAN ANTONETTI & CÓRDOVA, LLC
American International Plaza
250 Muñoz Rivera Avenue, Suite 1500
San Juan, Puerto Rico 00918
Tel.: (787) 759-4117
Fax: (787) 767-9333
Email: crodriguez-vidal@gaclaw.com

Victor L. Hou (*pro hac vice*)
Boaz S. Morag (*pro hac vice*)
CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel.: (212) 225-2000
Fax: (212) 225-3159
Email: vhou@cgsh.com
Email: bmorag@cgsh.com

*Counsel for Defendant BHP Group Limited*


By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa (USDC No. 206314)
Luis A. Oliver-Fraticelli (USDC No. 209204)
Sharlene Malavé Vallines (USDC No. 227409)
ADSUAR MUÑIZ GOYCO SEDA &
  PÉREZ-OCHOA, P.S.C.
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
Tel.: (787) 281-1813
Fax: (787) 756-9010
Email: epo@amgprlaw.com
Email: loliver@amgprlaw.com
Email: smalave@amgprlaw.com

Diana E. Reiter (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: (212) 836-8000
Fax: (212) 836-8689
Email: diana.reiter@arnoldporter.com

7

John D. Lombardo (*pro hac vice*)
Sean Morris (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel.: (213) 243-4000
Fax: (213) 243-4199
Email: john.lombardo@arnoldporter.com
Email: sean.morris@arnoldporter.com


Jonathan W. Hughes (*pro hac vice*)
ARNOLD & PORTER KAYE
  SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel.: (415) 471-3156
Fax: (415) 471-3400
Email: jonathan.hughes@arnoldporter.com

*Counsel for Defendant BP p.l.c.*


By: */s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR Bar No. 219002
Jaime A. Torrens-Dávila
USDC-PR Bar No. 223810
Mónica del Pilar Ramos-Benítez
USDC-PR Bar No. 308405
FERRAIUOLI LLC
PO Box 195168
San Juan, Puerto Rico 00919-5168
Tel.: (787) 766-7000
Fax: (787) 766-7001
Email: rcamara@ferraiuoli.com
Email: jtorrens@ferraiuoli.com
Email: mramos@ferraiuoli.com

David Y. Livshiz (*pro hac vice*)
Noelle L. Williams (*pro hac vice*)
Jennifer E. King (*pro hac vice*)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich St., 51st Floor
New York, NY 10007
Tel.: (212) 277-4000
Fax: (212) 277-4001
Email: david.livshiz@freshfields.com

8

Email: noelle.williams@freshfields.com
Email: jennifer.king@freshfields.com

Jennifer Loeb (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel.: (202) 777-4500
Fax: (202) 777-4555
Email: jennifer.loeb@freshfields.com

*Attorneys for Defendant Rio Tinto plc*

By: *s/ David Indiano*
David Indiano
USDC-PR Bar No. 200601
Joanne J. Pimentel-De Jesús
USDC-PR Bar No. 309005
INDIANO & WILLIAMS, P.S.C.
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Email: david.indiano@indianowilliams.com
Email: joanne.pimentel@indianowilliams.com

Duke K. McCall, III (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington D.C., 20004

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that, on the above date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel record who are CM/ECF system participants at their corresponding e-mail addresses.

By: *s/Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera