UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE MUNICIPALITY OF SAN JUAN, PUERTO RICO,**

    Plaintiff,

    v.

**EXXON MOBIL CORP., et al.,**

    Defendants.

Civ. No. 23-1608 (ADC)

## ORDER

The Court hereby **NOTES** attorney David Efron's motion in compliance at **ECF No. 186** with its Order to Show Cause why he should not be monetarily sanctioned for his untimely filings and lack of diligence in the management of case deadlines. *See* **ECF No. 167**. The motion, however, does not contain any compelling justification or excuse for his omissions and conduct, which is laid out in detail in the Court's April 9, 2025 Opinion and Order and supported by the materials submitted on record. The Court therefore **ORDERS** attorney David Efron to pay **$7,000.00** as a sanction. **Payment due May 30, 2025.**

In addition, the Court notes that the motion in compliance is in good measure dedicated to addressing the Opinion and Order's separate findings of plagiarism. As attorney Efron himself acknowledges, a separate procedure has been opened to address that matter, so his

position will not be considered here. If he has not done so, he should submit any arguments to the judicial officer presiding over that separate proceeding.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 6th day of May, 2025.

                                           **S/AIDA M. DELGADO-COLÓN**
                                              **United States District Judge**