**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| THE MUNICIPALITY OF SAN JUAN,<br>PUERTO RICO,<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>EXXON MOBIL CORP., et al.,<br><br>      **Defendants.** | Civ. No. 23-1608 (ADC) |

## ORDER

In light of the similarities between the factual allegations and legal issues in this case and those in *Municipality of Bayamon, et al. v. Exxon Mobil Corp., et al.*, Civ. No. 22-1550 (SCC) (D.P.R.), and given United States Magistrate Judge Héctor L. Ramos-Vega familiarity with the latter case, the Court **ORDERS** that the pending dispositive motions be **REFERRED** to Magistrate Judge Ramos-Vega for a Report and Recommendation.

This referral is made without prejudice to the request for consolidation currently pending in *Municipality of Bayamon, et al. v. Exxon Mobil Corp., et al.* before Hon. Judge Sylvia L. Carreño-Coll. To the extent possible, the Magistrate Judge should endeavor to issue his Report and Recommendation by August 15, 2025, as these motions fall within the September 30, 2025 reporting period.

For the Magistrate Judge's benefit and reference, the referral comprises the motions, responses, and replies included in the table that follows:

| Movant | Motion | Opposition | Reply |
|---|---|---|---|
| Occidental Petroleum | ECF No. 28<br>Motion to Dismiss | ECF No. 72<br>Omnibus Response | ECF No. 213<br>Joint Reply |
| Chevron Corp.,<br>ConocoPhillips Co.,<br>Exxon Mobil Corp.,<br>Motiva Enterprises<br>LLC, and Occidental<br>Petroleum Corp. | ECF No. 31<br>Joint Motion to<br>Dismiss for Lack of<br>Personal Jurisdiction | ECF No. 73<br>Response | ECF No. 219<br>Joint Reply |
| Exxon Mobil Corp. | ECF No. 32<br>Motion to Dismiss | ECF No. 72<br>Omnibus Response | ECF No. 213<br>Joint Reply |
| Chevron Corp.,<br>ConocoPhillips Co.,<br>Exxon Mobil Corp.,<br>Motiva Enterprises<br>LLC, and Occidental<br>Petroleum Corp. | ECF No. 34<br>Joint Motion to<br>Dismiss | ECF No. 72<br>Omnibus Response | ECF No. 213<br>Joint Reply |
| Chevron Corp.,<br>ConocoPhillips Co.,<br>Exxon Mobil Corp.,<br>Motiva Enterprises<br>LLC, and Occidental<br>Petroleum Corp. | ECF No. 35<br>Joint Motion for<br>Judicial Notice | ECF No. 63<br>Response | ECF No. 208<br>Joint Reply |
| Chevron Corp. | ECF No. 36<br>Motion to Dismiss | ECF No. 72<br>Omnibus Response | ECF No. 213<br>Joint Reply |
| ConocoPhillips Co. | ECF No. 37<br>Motion to Dismiss | ECF No. 72<br>Omnibus Response | ECF No. 213<br>Joint Reply |
| Motiva Enterprises,<br>LLC | ECF No. 39<br>Motion to Dismiss | ECF No. 72<br>Omnibus Response | ECF No. 213<br>Joint Reply |
| BHP Group Limited,<br>BP p.l.c., and Shell plc | ECF No. 119<br>Joint Motion to<br>Dismiss for Lack of<br>Personal Jurisdiction | ECF No. 180<br>Response | ECF No. 216<br>Joint Reply |

| | and Failure to State a Claim | | |
|---|---|---|---|
| Shell plc | ECF No. 120 Motion to Dismiss | ECF No. 185 Separate Response | ECF No. 218 Reply |
| BP p.l.c. | ECF No. 121 Motion to Dismiss for Failure to State a Claim | ECF No. 182 Separate Response | ECF No. 203 Reply |
| BHP Group Limited | ECF No. 122 Motion to Dismiss | ECF No. 183 Separate Response | ECF No. 212 Reply |
| BHP Group Limited | ECF No. 123 Motion to Dismiss for Lack of Personal Jurisdiction | ECF No. 184 Separate Response | ECF No. 220 Reply |
| Rio Tinto plc | ECF No. 148 Motion to Dismiss for Lack of Personal Jurisdiction | ECF No. 154 Separate Response | ECF No. 215 Reply |
| Rio Tinto plc | ECF No. 149 Motion to Dismiss for Failure to State a Claim | ECF No. 153 Separate Response | ECF No. 217 Reply |

**SO ORDERED**.

At San Juan, Puerto Rico, on this 21st day of May 2025.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**