**CERTIFIED TRANSLATION**:

EXHIBIT A

§ 7181 Municipal Assets, 21 L.P.R.A. § 7181

21 L.P.R.A. § 7181

LAWS OF PUERTO RICO ANNOTATED Currentness
 TITLE 21. MUNICIPALITIES
  SUBTITLE 8. PUERTO RICO MUNICIPAL CODE
   PART II. MUNICIPAL ADMINISTRATION; ORGANIZATION, PLANNING AND CONTROL OF AVAILABLE ASSETS and HUMAN RESOURCES
    CHAPTER 313. ACQUISITION AND DISPOSITION OF REAL ESTATE AND CHATTELS
     § 7181 Municipal Assets

21 L.P.R.A. § 7181

The municipality's assets shall be constituted by the bulk of the assets, rights and shares it owns. The municipality's patrimony shall be made up of public property and capital assets.

The municipality's public assets shall be those destined to a public use or service such as the town squares, streets, avenues, lanes and general service public works defrayed by the municipality with public funds. These public assets are inalienable, and not attachable, and are not subject to taxation..

The remaining municipality's assets are capital assets, shall not be subject to taxation, shall be governed by the corresponding provisions of the Puerto Rico Civil Code. Their sale, exchange, lease and encumbrance shall only be executed with the prior approval of the Municipal Legislature by an ordinance or resolution to such effects, except in cases otherwise provided for in this Code.

The changing or altering of the juridical classification of municipal assets may be only carried out as prescribed by law, and in every case, with the prior justification of the public need or convenience for such changing or altering, except for natural resources, archaeological and historical patrimony and those of architectural interest, whose classification may be altered on a case-by-case basis through legislation to such effects.

-August 14, 2020, No. 107, art. 2.016.

21 L.P.R.A. § 7181, PRS ST T. 21 § 7181

THIS SECTION IS CURRENT FOR THE 2024 SUPPLEMENT
(2023 LEGISLATIVE ASSEMBLY SESSION) AND ACTS 1 through 77 OF 2024.

LAWS OF PUERTO RICO ANNOTATED Copyright (c) 1955-2024, by The Secretary of State of Puerto Rico and LEXISNEXIS of Puerto Rico, Inc. All rights reserved. Thomson Reuters is not providing legal advice by providing this product. The information contained herein is not a substitute for the advice of an attorney. If you require legal or other expert advice, you should seek the services of a competent attorney or other professional.

End of Document                                              © 2025 Thomson Reuters. No claim to original U.S. Government Works.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS