## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF SAN JUAN PUERTO RICO**, | Case No. 3:23-cv-01608-ADC |
| *Plaintiff,* | |
| v. | |
| **EXXON MOBIL CORP. et al.**, | |
| *Defendants.* | |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

TO THE HONORABLE COURT:

COME NOW Defendants, through their respective counsel, and respectfully state and pray as follows:

1.      By Order entered on May 21, 2025, this Court referred the Motions to Dismiss and the Motion for Judicial Notice filed in this case to Magistrate Judge Héctor Ramos-Vega for a Report and Recommendation.  Dkt. No. 222 (the "Referral Order"), at 1; *see id.* at 2-3 (table listing the filings referred to the Magistrate Judge).  The Referral Order notes that the referral is based on "the similarities between the factual allegations and legal issues in this case and those in *Municipality of Bayamón, et al. v. Exxon Mobil Corp., et al.*, Civ. No. 22-1550 (SCC) (D.P.R.) [the "*Bayamón* case"], and given [Magistrate Judge Ramos-Vega's] familiarity with the latter case." *Id.* at 1.

2.      In the *Bayamón* case, Judge Silvia L. Carreño-Coll referred the Motions to Dismiss and Motions for Judicial Notice filed by Defendants in that case to Magistrate Judge Ramos-Vega, who issued a Report and Recommendation on February 20, 2025 (the "R&R").  *See Bayamón* case,

Dkt. No. 315.  Thereafter, the Parties in that case filed Objections to the R&R, Responses to said Objections, and Replies in further support of their respective Objections.

3.     Defendants made numerous strong joint and separate objections to the R&R.  For example, Defendants jointly objected to the Magistrate Judge's recommendations not to dismiss two of the four RICO claims and the antitrust claim, and the Magistrate Judge's recommendations applicable to all claims as to the First Amendment and *Noerr-Pennington* doctrine, the statute of limitations, and personal jurisdiction.  *See* Defendants' Joint Objections To Report And Recommendation, Dkt. 326, *Municipality of Bayamon, et al. v. Exxon Mobil Corp., et al.*, Civ. No. 22-1550 (attached herein as Exhibit A).  And while the Magistrate Judge recommended dismissing the Puerto Rico law claims for other reasons, Defendants objected that the court should join the rising chorus among "'federal and state courts across the country that have rejected the availability of state tort law in the climate change context' precisely on federal preemption grounds, among others."  *Id.* at 38 (quoting *Platkin v. Exxon Mobil Corp.*, 2025 WL 604846, at *3 (N.J. Super. Ct. Law Div. Feb. 5, 2025) (collecting cases)).

4.     Briefing of the Parties' Objections to the R&R in the *Bayamón* case was completed on May 2, 2025, and the Objections are now *sub judice* before Judge Carreño-Coll.

5.     Defendants respectfully request that this Court stay all proceedings in this case, including the Referral Order, pending the issuance of a final determination by the Court in the *Bayamón* case on the Objections to the R&R and the Motions to Dismiss and Motions for Judicial Notice filed in that case.[1]

---

[1] This motion is submitted without waiving any arguments in *Defendants' Joint Response to Order of May 29, 2024*, Dkt. 69 in this case, or *Defendants' Supplemental Joint Response in Opposition to the Motion for Consolidation*, Dkt. 310 in the *Bayamón* case.  As explained more fully therein, Defendants believe that dismissal forthwith is warranted.  If the case is not dismissed, Defendants

6.      A stay of proceedings is within the inherent power of this Court.  *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55, (1936) (district court has the inherent power to manage its docket by staying proceedings); *Marquis v. FDIC*, 965 F.2d 1148, 1154 (1st Cir. 1992) ("It is beyond cavil that, absent a statute or rule to the contrary, federal district courts possess the inherent power to stay pending litigation[.]").  Defendants respectfully submit that the stay requested would promote judicial economy and avoid the potential for inconsistent rulings in this case and the *Bayamón* case.

7.      As this Court noted in the Referral Order, there are "similarities between the factual allegations and legal issues in this case and those in" the *Bayamón* case.  Indeed, in its Opinion and Order dated April 9, 2025, this Court had previously found that the Complaint in this case "is almost a word-for-word carbon copy of the original complaint filed in" the *Bayamón* case.  *Id.* at 3; *see id*. at 15 ("Evidently, San Juan's complaint is a poorly plagiarized version of the [original] complaint in" the *Bayamón* case.).[2]

8.      Further, Plaintiff's "oppositions to the motions to dismiss […] are likewise copycat briefs ripped from those filed in" the *Bayamón* case.  *Id.* at 18.

9.      Because Plaintiff's allegations, claims and arguments in this case are in large part copycat versions of those made by Plaintiffs in the *Bayamón* case, the issues addressed by the Motions to Dismiss and Motion for Judicial Notice filed by Defendants in this case are

---

would not oppose the cases being assigned to a single judge for coordination of future deadlines, but continue to believe that a decision on transfer at this point—before this Court has ruled on the motions to dismiss—is premature.  Defendants oppose formal consolidation of the cases because it risks confusing the rights and obligations of the parties and may result in additional litigation.
[2] Plaintiffs in *Bayamón* subsequently filed an Amended Complaint which is the subject of the *Bayamón* R&R.

substantially the same as those addressed by the Motions to Dismiss and Motions for Judicial Notice filed in the *Bayamón* case.

10.    For example, Defendants' Motions to Dismiss and Motion for Judicial Notice in this case address the same issues under consideration in the *Bayamón* case; namely, that (a) Plaintiff fails to state a RICO claim; (b) Plaintiff fails to plead an antitrust violation; (c) Plaintiff's claims are barred by the First Amendment and *Noerr-Pennington*; (d) Plaintiff's claims should be dismissed as untimely; (e) Plaintiff fails to establish personal jurisdiction over any Defendant; and (f) Plaintiff's Puerto Rico claims should be dismissed for several reasons, including that the U.S. Constitution, its structure, and core principles of federalism and comity bar application of Puerto Rico law to disputes involving interstate and international emissions.

11.    Several of these are issues of first impression in the First Circuit, and they are all currently before Judge Carreño-Coll in the Objections to the R&R.

12.    Thus, the Referral Order would require the Magistrate Judge to address, in this case, significant issues that are currently *sub judice* in the *Bayamón* case.  Defendants respectfully submit that, in furtherance of the principles of judicial economy and conserving scarce judicial resources, the Referral Order and other proceedings in this case should be stayed.  Judge Carreño-Coll's final resolution of the Objections to the R&R and the Motions to Dismiss and Motions for Judicial Notice filed in the *Bayamón* case may inform the final disposition of the Motions to Dismiss and Motion for Judicial Notice in this case.

WHEREFORE, it is respectfully requested that this Honorable Court enter an Order staying the Referral Order and all proceedings in this case pending a final decision by the Court in the *Bayamón* case on the Objections to the Report and Recommendation and the Motions to Dismiss and Motions for Judicial Notice filed in that case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of June 2025.

By: /s/ *Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
**MCCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, PR 00936-4225
Telephone: 787-250-2631
Email: rcq@mcvpr.com
Email: ezm@mcvpr.com
Email: mpc@mcvpr.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
William E. Thomson (*pro hac vice*)
Joshua D. Dick (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: wthomson@gibsondunn.com
Email: jdick@gibsondunn.com

Thomas G. Hungar (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue NW
Washington, D.C. 20036
Telephone: (202) 887-3784
Email: thungar@gibsondunn.com

Neal S. Manne (*pro hac vice* forthcoming)
Erica Harris (*pro hac vice* forthcoming)
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666
Email: nmanne@susmangodfrey.com
Email: eharris@susmangodfrey.com

*Attorneys for Defendant CHEVRON
CORPORATION*


By: *s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR Bar No. 118409
*s/ María D. Trelles Hernández*
María D. Trelles Hernández
USDC-PR Bar No. 225106
**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com


Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Yahonnes Cleary (*pro hac vice*)
Caitlin E. Grusauskas (*pro hac vice*)
**PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com


*Attorneys for Defendant EXXON MOBIL
CORPORATION*


By: *s/Kenneth C. Suria*
Kenneth C. Suria
USDC-PR Bar No. 213302
**ESTRELLA, LLC**
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Telephone: (787) 977-5050

Facsimile: (787) 977-5090
E-mail:  kcsuria@estrellallc.com

Tracie J. Renfroe (*pro hac vice*)
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
Facsimile:  (713) 751-3290
E-mail:  trenfroe@kslaw.com

Oliver Thoma (*pro hac vice*)
**WEST, WEBB, ALLBRITTON &
  GENTRY, P.C.**
1515 Emerald Plaza
College Station, Texas 77845
Ph: (979) 694-7000
Fax: (979) 694-8000
Email: oliver.thoma@westwebblaw.com

*Attorneys for Defendant*
*MOTIVA ENTERPRISES LLC*


By:  *s/Heriberto J. Burgos*
Heriberto J. Burgos-Pérez
USDC-PR No. 204809
Ricardo F. Casellas Sánchez
USDC-PR No. 203114
**CASELLAS ALCOVER & BURGOS, P.S.C.**
2 Tabonuco, Suite 400
San Patricio, PR 00968
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
Email: rcasellas@cabprlaw.com

Matthew T. Martens (*pro hac vice*)
Ericka Aiken (*pro hac vice*)
**WILMER CUTLER PICKERING HALE
  AND DORR LLP**
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: matthew.martens@wilmerhale.com
Email: ericka.aiken@wilmerhale.com

Hallie B. Levin *(pro hac vice)*
**WILMER CUTLER PICKERING HALE**
  **AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: hallie.levin@wilmerhale.com

Robert Kingsley Smith (*pro hac vice*)
**WILMER CUTLER PICKERING HALE**
  **AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Email: robert.smith@wilmerhale.com

*Attorneys for Defendant ConocoPhillips*

By: */s/ Carlos A. Valldejuly*
Carlos A. Valldejuly (USDC No. 209505)
José J. Colón García (USDC No. 308010)
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel.: (787) 764-8181
Fax: (787) 753-8944
carlos.valldejuly@oneillborges.com
jose.colon@oneillborges.com

Josh A. Cohen (*pro hac vice* forthcoming)
David Sarratt (*pro hac vice* forthcoming)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Tel: +1 415 738 5700
Fax: +1 415 644 5628
jacohen@debevoise.com
dsarratt@debevoise.com

Maura K. Monaghan (*pro hac vice* forthcoming)
Alexander Costin (*pro hac vice* forthcoming)
**DEBEVOISE & PLIMPTON LLP**

66 Hudson Boulevard
New York, NY 10001
Tel: +1 212 909 6000
Fax: +1 212 909 6836
mkmonaghan@debevoise.com
ajcostin@debevoise.com

*Counsel for Defendant*
*Shell plc (f/k/a Royal Dutch Shell plc)*


By:*/s/ Carlos A. Rodriguez-Vidal*
Carlos A. Rodriguez-Vidal (USDC No. 201213)
**GOLDMAN ANTONETTI & CÓRDOVA, LLC**
American International Plaza
250 Muñoz Rivera Avenue, Suite 1500
San Juan, Puerto Rico 00918
Tel.: (787) 759-4117
Fax: (787) 767-9333
crodriguez-vidal@gaclaw.com

Victor L. Hou (pro hac vice)
Boaz S. Morag (pro hac vice)
**CLEARY GOTTLIEB STEEN &**
  **HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Tel.: (212) 225-2000
Fax: (212) 225-3159
vhou@cgsh.com
bmorag@cgsh.com

*Counsel for Defendant BHP Group Limited*


By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa (USDC No. 206314)
Luis A. Oliver-Fraticelli (USDC No. 209204)
Sharlene Malavé Vallines (USDC No. 227409)
**ADSUAR MUÑIZ GOYCO SEDA &**
  **PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, Puerto Rico 00936-8294
Tel.: (787) 281-1813
Fax: (787) 756-9010
epo@amgprlaw.com

9

loliver@amgprlaw.com
smalave@amgprlaw.com

Diana E. Reiter (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Tel.: (212) 836-8000
Fax: (212) 836-8689
diana.reiter@arnoldporter.com

John D. Lombardo (*pro hac vice*)
Sean Morris (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel.: (213) 243-4000
Fax: (213) 243-4199
john.lombardo@arnoldporter.com
sean.morris@arnoldporter.com

Jonathan W. Hughes (*pro hac vice*)
**ARNOLD & PORTER KAYE
  SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel.: (415) 471-3156
Fax: (415) 471-3400
jonathan.hughes@arnoldporter.com

*Counsel for Defendant BP p.l.c.*

By: */s/ Roberto A. Cámara-Fuentes*
Roberto A. Cámara-Fuentes
USDC-PR Bar No. 219002
**FERRAIUOLI LLC**
PO Box 195168
San Juan, Puerto Rico 00919-5168
Tel.: (787) 766-7000
Fax: (787) 766-7001
rcamara@ferraiuoli.com

David Y. Livshiz (pro hac vice)
Noelle L. Williams (pro hac vice)
Jennifer E. King (pro hac vice)

**FRESHFIELDS US LLP**
3 World Trade Center
175 Greenwich St., 51st Floor
New York, NY 10007
Tel.: (212) 277-4000
Fax: (212) 277-4001
david.livshiz@freshfields.com
noelle.williams@freshfields.com
jennifer.king@freshfields.com

Jennifer Loeb (pro hac vice)
**FRESHFIELDS US LLP**
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel.: (202) 777-4500
Fax: (202) 777-4555
jennifer.loeb@freshfields.com

*Attorneys for Defendant Rio Tinto plc*


By: *s/ David Indiano*
David Indiano
USDC-PR Bar No. 200601
**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912

Duke K. McCall, III (*pro hac vice forthcoming*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave, NW
Washington D.C., 20004

*Attorneys for Defendant*
*OCCIDENTAL PETROLEUM CORPORATION*


## CERTIFICATE OF SERVICE

I hereby certify that, on the above date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel record who are CM/ECF system participants at their corresponding e-mail addresses.

By: *s/Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera