## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE MUNICIPALITY OF SAN JUAN PUERTO RICO, | Case No. 3:23-cv-01608-ADC |
| Plaintiff, | |
| v. | |
| EXXON MOBIL CORP. et al., | |
| Defendants. | |

### <u>MOTION TO WITHDRAW AS ATTORNEYS OF RECORD</u>

**TO THE HONORABLE COURT:**

The undersigned attorneys, David C. Frederick, James M. Webster, III, Daniel S. Severson, Grace W. Knofczynski, and the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. no longer represent Shell plc (f/k/a Royal Dutch Shell plc) in the case of reference and therefore move to withdraw. Shell plc remains represented by attorneys Josh A. Cohen, David Sarratt, Maura K. Monaghan, Alexander Costin, Carlos A. Valldejuly, and José J. Colón García.

**WHEREFORE**, the undersigned attorneys respectfully request to be withdrawn as attorneys of record, relieved from all further obligations in this matter and removed from further notifications from the Court.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY** that an electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this July 2, 2025.

*/s/Carlos A. Valldejuly*
Carlos A. Valldejuly (USDC No. 209505)
José J. Colón García (USDC No. 308010)
**O'NEILL & BORGES** LLC
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel. (787) 764-8181
carlos.valldejuly@oneillborges.com
jose.colon@oneillborges.com

*Remaining Counsel for Defendant Shell plc*
*(f/k/a Royal Dutch Shell plc)*

Josh A. Cohen (*pro hac vice* pending)
David Sarratt (*pro hac vice* pending)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Tel: +1 415 738 5700
Fax: +1 415 644 5628
jacohen@debevoise.com
dsarratt@debevoise.com

Maura K. Monaghan (*pro hac vice* pending)
Alexander Costin (*pro hac vice* pending)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel: +1 212 909 6000
Fax: +1 212 909 6836
mkmonaghan@debevoise.com
ajcostin@debevoise.com

*Remaining Counsel for Defendant*
*Shell plc (f/k/a Royal Dutch Shell plc)*

*/s/ David C. Frederick*
David C. Frederick (*pro hac vice*)

*/s/ James M. Webster, III*
James M. Webster, III (*pro hac vice*)

*/s/ Daniel S. Severson*
Daniel S. Severson (*pro hac vice*)

*/s/ Grace W. Knofczynski*
Grace W. Knofczynski (*pro hac vice*)

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
dfrederick@kellogghansen.com
jwebster@kellogghansen.com
dseverson@kellogghansen.com
gknofczynski@kellogghansen.com

*Withdrawing Counsel for Defendant Shell plc (f/k/a Royal Dutch Shell plc)*