## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF SAN JUAN<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP., et al.,<br><br>Defendants. | CIVIL NO.: 23-01608 (ADC) |

## INFORMATIVE MOTION SUBMITTING COPY OF MOTION FOR CONSOLIDATION FILED IN CASE NO. 22-1550-SCC-HRV

**TO THE HONORABLE COURT:**

Plaintiff, through its undersigned counsel, respectfully states and prays as follows:

1. We have just filed a Motion for Consolidation of the two related cases, copy of which is enclosed herein.

2. The enclosed is submitted for this Court's consideration of the same.

**WHEREFORE**, Plaintiff respectfully requests of this Honorable Court that it take notice of the motion herein submitted.

In San Juan, Puerto Rico, this 22nd day of August, 2025.

Respectfully submitted,

*s/ David Efron*
**DAVID EFRON**
USDC-PR 125701
**LAW OFFICES DAVID EFRON, PC**
*Attorneys for Plaintiff*
PO Box 29314
San Juan, PR 00929-0314
Tel. (787) 753-6455
Fax (787) 758-5515
efron@davidefronlaw.com