# El Nuevo Día

**MIÉRCOLES**
19 DE MARZO DE 2025
SAN JUAN, PUERTO RICO
$1.00 / AÑO LIV, VOL. 19853
elnuevodia.com



**FLASH & CULTURA**
**Legado de 50 años**
El fotógrafo Héctor Méndez presenta exposición en San Juan
PÁGINAS 18-19

## IMPACTO DEL CAMBIO CLIMÁTICO

# San Juan: entre las más afectadas del mundo

Un análisis de Climate Central detalla que, de diciembre a febrero, la capital tuvo 89 días cuyas temperaturas máximas fueron influenciadas por la acción humana

**PUERTO RICO HOY**
PÁGINAS 4-5



**NEGOCIOS**
**Aumentan los retos por la dependencia alimentaria** PÁGINAS 24-25



**DEPORTES**
**Recuerdan el impacto de Matino Clemente en su legendario hermano** PÁGINAS 50-51



AQUÍ HACES TU MEJOR COMPRA
INTERESES 2.98% APR
BONOS DE HASTA $5,000
COROLLA · TACOMA TRD SPORT · COROLLA CROSS 2025
Desde $28,400
ADRIEL TOYOTA — DORADO · RÍO GRANDE · BARRANQUITAS | 787-305-3344

**4** EL NUEVO DÍA / elnuevodia.com

# PUERTO RICO HOY

MIÉRCOLE
19 de marzo de 202

**MANUEL GUILLAMA CAPELLA**
manuel.guillama@gfrmedia.com

Un análisis de la organización Climate Central encontró que, entre las jurisdicciones de Estados Unidos, San Juan figuró como la ciudad que, entre diciembre y febrero pasados, experimentó la mayor cantidad de días en que sus temperaturas máximas fueron influenciadas significativamente por el cambio climático, hallazgo que, a juicio de expertos puertorriqueños, pone de relieve –una vez más– la urgencia de traducir el conocimiento acumulado en políticas públicas que protejan a las poblaciones más vulnerables.

El estudio de la organización científica estadounidense partió de un monitoreo, a lo largo de ese trimestre, que abarcó 220 países y 940 ciudades en todos los continentes, y concluyó que una de cada cinco personas a nivel global sufrió los efectos del cambio climático en las temperaturas en cada uno de los 90 días analizados.

A base de las comparativas con registros históricos, las temperaturas en San Juan estuvieron fuertemente sujetas al impacto del cambio climático en 89 de los 90 días que cubrió el período de diciembre a febrero, acorde al "Índice de Modificación Climática" ("Climate Shift Index", CSI) desarrollado por Climate Central, cifra que fue la más elevada entre las jurisdicciones estadounidenses y que empató en la sexta posición a nivel mundial, solo por detrás de ciudades en Reunión, un territorio francés en el océano Índico; Sierra Leona, en África; Venezuela; y Jamaica.

"Cuando hablamos del calor extremo, vemos a menudo que es peor en las regiones tropicales. En lugares que de por sí son calientes, no se requiere demasiado calentamiento global, en términos generales, para llevar (ese calor) a categorías o severidades más elevadas. En Estados Unidos continentales, este invierno hemos visto temperaturas bastante promedio, pero eso es bastante atípico para el resto del mundo", explicó Kristina Dahl, vicepresidenta de Ciencia de Climate Central.

En entrevista con El Nuevo Día, Dahl indicó que Climate Central, típicamente, realiza el reporte del CSI a nivel global dos veces al año, si bien se trata de un indicador que monitorea regularmente.

El CSI, en síntesis, mide el grado de influencia del cambio climático sobre las temperaturas en determinado lugar. Un CSI de 2 –el umbral que Climate Central utilizó para clasificar los países y ciudades del estudio– implica que la temperatura registrada era dos veces más probable en esa fecha como consecuencia de las acciones humanas que redundan en el cambio climático.

Para propósitos del informe "People Exposed to Climate Change: December 2024 to February 2025", Climate Central analizó las temperaturas promedio entre 1991 y 2020. En el caso de Puerto Rico –que en el análisis de países se incluyó de forma separada a Estados Unidos–, se estimó que el nivel de "anomalía" promedio en sus temperaturas fue un grado Celsius, en comparación con los registros de 30 años.

Al centrarse únicamente en San Juan –un área que, para propósitos del estudio, incluye cerca del 60% de la población de Puerto Rico–, Climate Central halló que la anomalía alcanza 0.9 grados Celsius.

"Este período base (de 1991 a 2020) ya incluía 0.9 grados Celsius (1.6 grados Fahrenheit) de calentamiento por encima de los niveles preindustriales. Las anomalías de temperatura resaltan condiciones que la gente reconocería como inusuales", ad-



El estudio de la organización científica estadounidense partió de un monitoreo que abarcó 220 países y 940 ciudades en todos los continentes y concluyó que una de cada cinco personas a nivel global sufrió los efectos del cambio climático en las temperaturas.

**SEGÚN ESTUDIO INTERNACIONAL**

# Arde San Juan con el cambio climático

La capital se ubica como la sexta ciudad del mundo con temperaturas más afectadas por el fenómeno, por lo que expertos urgen tomar medidas para proteger a las poblaciones vulnerable

Case 3:23-cv-01608-ADC   Document 297-1   Filed 10/01/25   Page 3 of 3

MIÉRCOLES
19 de marzo de 2025

PUERTO RICO HOY / 5

EL NUEVO DÍA
elnuevodia.com

vierte el documento adelantado a El Nuevo Día y divulgado públicamente hoy, miércoles.

Como el resto de los expertos consultados, el climatólogo Rafael Méndez Tejeda sostuvo que no sorprende el lugar que Puerto Rico ocupa entre las jurisdicciones afectadas por el cambio climático, pero alertó que el período que cubre el estudio –los meses de invierno en el Caribe– tal vez subestima el impacto de las acciones humanas sobre las temperaturas.

"Ellos hablan de un grado (de aumento promedio), y yo creo que la temperatura en Puerto Rico está sobre 1.5, si tomamos las observaciones del norte. En invierno, que es cuando ellos lo analizan, sí está cerca de un grado, pero si nos vamos al verano, ya está cerca de los dos grados. Para mí, eso no fue una sorpresa. Hemos ido aumentando los días de calor, con menos días frescos", subrayó Méndez Tejeda, exintegrante del Comité de Expertos y Asesores sobre Cambio Climático (Ceacc), que redactó el Plan de Mitigación, Adaptación y Resiliencia al Cambio Climático, todavía bajo consideración de la Legislatura.

"Al hacer estos análisis y mirar las ciudades de Estados Unidos, incluyendo San Juan, por los pasados siete meses, casi siempre vemos a San Juan entre las primeras tres. San Juan realmente destaca como una de las ciudades más impactadas en sus temperaturas diarias", indicó, por su parte, Joseph Giguere, investigador asociado de Climate Central.

En 2024, dijo Méndez Tejeda, Puerto Rico experimentó 182 días –prácticamente la mitad del año– con temperaturas sobre los 90 grados Fahrenheit, rompiendo la marca del año previo, lo que incluyó una racha de 50 días consecutivos sobre ese umbral.

Puntualizó que, más allá de las temperaturas máximas, los registros mínimos diarios igualmente han aumentado "muchísimo" en Puerto Rico.

"Es, incluso, más preocupante para nosotros porque, si no enfrías durante la noche, hay muchísimas especies que se afectan, tanto vegetales como animales. Es el caso de los coquíes, que si la temperatura mínima no baja suficiente, no encuentran espacios húmedos para poder guarecerse", dijo el catedrático de la Universidad de Puerto Rico (UPR) en Carolina, quien, en 2014, publicó un estudio que demostró que, desde 1950, se duplicó la proporción de días calientes a días fríos en el país.

### "PUERTO RICO VIENE SIENDO LA COCINA"

Para el experto en salud ambiental Pablo Méndez Lázaro, incluso en los meses de invierno, cubiertos en el estudio, son posibles los episodios de calor extremo en Puerto Rico, con sus consiguientes efectos sobre niños, adultos mayores y personas con condiciones preexistentes.

## Ciudades más impactadas

Entre las jurisdicciones estadounidenses, San Juan figuró como la ciudad que experimentó la mayor cantidad de días con un índice de modificación climática (CSI) de 2 o más*, en el período de diciembre de 2024 a febrero de 2025. A nivel global, San Juan se ubicó empate en la sexta posición entre las 940 ciudades analizadas.



**En EE.UU.** (Días con CSI de 2+)
- San Juan, Puerto Rico: 89
- Honolulu, Hawái: 77
- Anchorage, Alaska: 51
- Juneau, Alaska: 47
- Prescott, Arizona: 27
- San Francisco, California: 27
- Flagstaff, Arizona: 26
- Tucson, Arizona: 26
- Albuquerque, Nuevo México: 25
- San José, California: 24

**En el mundo** (Días con CSI de 2+)
- Saint-Denis, Reunión: 90
- Freetown, Sierra Leona: 90
- Caracas, Venezuela: 90
- Barquisimeto, Venezuela: 90
- Kingston, Jamaica: 90
- San Juan, Estados Unidos: 89
- Davy Hill, Montserrat: 89
- Brades, Montserrat: 89
- Plymouth, Montserrat: 89
- Lagos, Nigeria: 89

FUENTE: People Exposed to Climate Change: December 2024 to February 2025, Climate Central
* Un CSI de 2 implica que las temperaturas registradas en un día son dos veces más probables como consecuencia del cambio climático asociado a la actividad humana.

"Podemos tener episodios de calor, quizás, no extremos (con regularidad) durante el invierno, pero sí se ha experimentado uno que otro, sobre todo, porque hay que contextualizar que el 2023 y 2024 han sido los años más calientes jamás registrados en los pasados 200 años, a nivel mundial y en Puerto Rico. Si el planeta se calienta, Puerto Rico viene siendo la cocina de la casa, y se está calentando exactamente igual", planteó Méndez Lázaro, acentuando el impacto en zonas urbanas que, por sus características de infraestructura, se convierten en "islas de calor".

Episodios de náuseas, vómitos y diarreas son algunas de las manifestaciones que el calor extremo puede provocar en poblaciones vulnerables, entre los que se incluyen pacientes de cáncer que atraviesan tratamientos de quimioterapia o radioterapia, o personas con condiciones cardiovasculares, diabetes, obesidad o hipertensión, todas ellas de alta prevalencia en el país.

"Estamos haciendo estudios, aún no publicados, para entender mejor esa relación. Ya hay evidencia, desde hace 10 años, del impacto del calor extremo en la mortalidad en Puerto Rico. Estos estudios van a arrojar más claridad", sostuvo Méndez Lázaro, investigador del Departamento de Salud Ambiental del Recinto de Ciencias Médicas de la UPR.

Tanto Méndez Lázaro como el ecólogo Carl Soderberg señalaron que, a corto plazo, urge habilitar espacios de enfriamiento para poblaciones vulnerables ante episodios de calor extremo. Escuelas en desuso o aquellas que ya sirven de refugio ante ciclones tropicales figuran entre las alternativas que se podrían habilitar en corto tiempo.

Colocar fuentes de agua en espacios públicos, promover la pintura blanca en techos, la reforestación en áreas urbanas y construir residencias y edificios "climatizados" con techos más altos y paredes más anchas son las políticas que deben adelantarse, enumeró Soderberg.

Como los demás expertos, el también ingeniero destacó la paradoja que supone la fragilidad del sistema eléctrico en los meses de verano, cuando el incremento en los apagones previene que las personas reciban el servicio en los momentos de mayor necesidad frente al calor extremo.

"Si el año pasado empezamos a sufrir temperaturas extremas desde finales de abril, imagínate este año cómo vamos. Por eso, la urgencia de nosotros decir, 'por lo menos, vamos a tomar estas medidas con los adultos mayores'", dijo Soderberg, uno de los dos integrantes restantes del Ceacc.

Méndez Lázaro mencionó, por su parte, que, en Puerto Rico, el índice o sensación de calor, contrario a las temperaturas, con frecuencia ronda los 120 grados Fahrenheit, un nivel que puede ser "mortal".

"En el lado positivo, el Departamento de Salud, con nuestras colaboraciones, ya ha construido un sistema de vigilancia sindrómico para el calor, que lleva dos años corriendo, y tenemos millones de datos entrando a diario. (Las acciones concretas) son el próximo paso. Tengo que reconocer que nos estamos moviendo. Pero muchas de estas cosas son lentas", manifestó.



### LO DIJO

"Hay que contextualizar que el 2023 y 2024 han sido los años más calientes jamás registrados en los pasados 200 años, a nivel mundial y en Puerto Rico. Si el planeta se calienta, Puerto Rico viene siendo la cocina de la casa"

**PABLO MÉNDEZ LÁZARO**
EXPERTO EN SALUD AMBIENTAL