THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE MUNICIPALITY OF SAN JUAN,**
    Plaintiff,

    v.

**EXXON MOBIL CORP. et al.,**
    Defendants.

Civ. No. 23-1608 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued its Opinion and Order dated September 30, 2025, at ECF No. 298.

Pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is hereby **DISMISSED WITH PREJUDICE** as to all claims against Exxon, Chevron, ConocoPhillips, Motiva, Occidental, BP, and Shell. The case is hereby **DISMISSED WITHOUT PREJUDICE** as to all claims against BHP and Rio Tinto.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this September 30th, 2025.

                        ADA I. GARCIA-RIVERA, CPA, ESQ.
                        Clerk of the Court


                        By: *S/Verónica S. Otero-Rivera*
                            Verónica S. Otero-Rivera
                            Courtroom Deputy Clerk