## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF SAN JUAN,<br><br>  Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORP., et al.,<br><br>  Defendants. | CIVIL NO.: 23-1608 (ADC) |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that Plaintiff MUNICIPALITY OF SAN JUAN, hereby appeals to the United States Court of Appeals for the First Circuit, from the *OPINION AND ORDER* entered on October 8, 2025 (Docket No. 298), the *JUDGMENT* entered on that same date dismissing this case with prejudice as to all claims against Exxon, Chevron, ConocoPhillips, Motiva, Occidental, BP, and Shell (Docket No. 301), and the *ORDERS* entered on April 9 and May 7, 2025 ordering Plaintiff's attorney to pay sanctions (Dockets No. 167 and 193).

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

1

2

In San Juan, Puerto Rico, this 23rd day of October 2025.

    Respectfully submitted,

**LAW OFFICES DAVID EFRON, PC**
*Attorneys for Plaintiff*
PO Box 29314
San Juan, PR 00929-0314
Tel. (787) 753-6455
Fax (787) 758-5515

*s/David Efron*
**DAVID EFRON**
**USDC-PR 125701**
efron@davidefronlaw.com

2