IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE MUNICIPALITY OF SAN JUAN PUERTO RICO**, <br><br> *Plaintiff,* <br><br> v. <br><br> **EXXON MOBIL CORP. et al.**, <br><br> *Defendants.* | Case No. 3:23-cv-01608-ADC |

**DEFENDANTS BHP GROUP LIMITED AND RIO TINTO PLC'S JOINT MOTION TO CORRECT TYPOGRAPHICAL ERRORS IN OPINION AND ORDER DATED SEPTEMBER 30, 2025 (ECF NO. 298) PURSUANT TO RULE 60(A)**

**TO THE HONORABLE COURT:**

**COME NOW** Defendants BHP Group Limited ("BHP") and Rio Tinto plc ("Rio Tinto" and together, the "Defendants"), by and through the undersigned counsel, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, and hereby respectfully move this Honorable Court to correct certain typographical errors in the Opinion and Order dated September 30, 2025 (the "San Juan Order").

1. The San Juan Order contains typographical errors (indicated with underlining) that may lead to confusion or misinterpretation of the Court's rulings. Specifically:

    o On page 4, the Court describes the Report and Recommendation issued on February 20, 2025 in the *Mun. of Bayamón, et al. v. Exxon Mobil Corp.*, Case No. 22-cv-1550 (SCC), at ECF No. 315 (the "Bayamón R&R"). The Court notes that the Bayamón R&R recommends that "<u>San Juan</u> be allowed to engage in discovery", however, given this was the recommendation from the Bayamón R&R, the San

Juan Order should instead state that "the Bayamón Plaintiffs be allowed to engage in discovery."

- On page 6, the Court notes that the Omnibus Opinion and Order issued in the *Mun. of Bayamón, et al. v. Exxon Mobil Corp.*, Case No. 22-cv-1550 (SCC), at ECF No. 407 (the "Bayamón Order") held that "Exxon, Shell, BP, ConocoPhillips, Chevron, and Motiva satisfied the minimum contacts test, but that BHP and Rio Tinto did not. Accordingly, it found personal jurisdiction over all claims against Exxon, Shell, BP, ConocoPhillips, Chevron, and Motiva, but no personal jurisdiction over BP and Rio Tinto with regards to any claim." San Juan Order at 6. It is clear from the context and the text of the Bayamón Order that the second sentence included in this quote erroneously referenced BP instead of BHP. The sentence should instead read "…but no personal jurisdiction over BHP and Rio Tinto with regards to any claim."

- On page 6, the Court also states, "[a]s to Occidental, the court found that service had been improper and there was thus no personal jurisdiction over it, although it stated that it saw 'no reason why the claims against Occidental do not also fail' and refused to allow San Juan to attempt service again." However, this too is a reference to the Bayamón Order and so should say "…refused to allow the Bayamón Plaintiffs to attempt service again."

- On page 11, the Court states it will "incorporate as if stated herein the reasoning of the [Bayamón Order] as to the dismissal without prejudice of the claims against BHP and Rio Tinto for lack of subject matter jurisdiction," however, as stated in

- the Bayamon Order, Bayamón Order at 124, this should instead state "…the claims against BHP and Rio Tino for lack of <u>personal</u> jurisdiction."

    o Finally, for the same reasons, on page 13, the statement "BHP's motion to dismiss for lack of <u>subject matter</u> jurisdiction at ECF No. 123 is GRANTED" should instead state "BHP's motion to dismiss for lack of <u>personal</u> jurisdiction at ECF No. 123 is GRANTED," as ECF No. 123 is BHP's motion to dismiss for lack of personal jurisdiction.

2. These errors are clerical in nature and do not reflect the substantive intent of the Court's rulings.

3. Rule 60(a) permits the Court to correct such clerical mistakes or errors arising from oversight or omission in its orders, judgments, or other parts of the record. Fed.R.Civ.P. R. 60(a); *see also Drogueria Betances, LLC v. Young Apparel Empire, Inc.*, Civ. No. 22-01362 (MAJ), 2024 WL 322336 (D. P.R. Jan. 29, 2024) (stating "[a] Rule 60(a) motion may only be granted where the judgment failed to reflect the court's intention" and correcting a misnomer in the judgment at issue).

4. Correcting these errors will ensure clarity and accuracy in the Court's record, thereby preventing potential confusion or misinterpretation by the parties or appellate courts.

WHEREFORE, BHP and Rio Tinto respectfully request the five aforementioned corrections to pages 4, 6, 11 and 13 of the San Juan Order.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2025 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED** this 23rd day of October, 2025.

*/s/ Carlos A. Rodriguez-Vidal*
Carlos A. Rodriguez-Vidal
(USDC No. 201213)
(crodriguez-vidal@gaclaw.com)
GOLDMAN ANTONETTI &
CORDOVA, LLC
American International Plaza
250 Muñoz Rivera Avenue, Suite 1500
San Juan, Puerto Rico 00918
T: 787-759-4117
F: 787-767-9177

*/s/ Victor L. Hou*
Victor L. Hou (*pro hac vice*)
(vhou@cgsh.com)
Boaz S. Morag (*pro hac vice*)
(bmorag@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Defendant*
*BHP Group Limited*

*/s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR Bar No. 219002
Jaime A. Torrens-Dávila
USDC-PR Bar No. 223810
Mónica Ramos Benítez
USDC-PR Bar No. 308405
FERRAIUOLI LLC
P.O. Box 195168
San Juan, Puerto Rico 00919
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
Email: jtorrens@ferraiuoli.com
Email: mramos@ferraiuoli.com

*/s/ David Y. Livshiz*
David Y. Livshiz (pro hac vice)
Noelle L. Williams (pro hac vice)
Jennifer E. King (pro hac vice)
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: david.livshiz@freshfields.com
Email: noelle.williams@freshfields.com
Email: jennifer.king@freshfields.com

Jennifer Loeb (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
E-mail: jennifer.loeb@freshfields.com

*Attorneys for Defendant*
*Rio Tinto plc*